UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

       Plaintiff,

vs.

IVEX PROTECTIVE PACKAGING, INC.,

       Defendant.

Case No.  3:13-cv-175

Judge Timothy S. Black

## AMENDED CALENDAR ORDER

This civil action came before the Court on the parties' joint motion to stay

proceedings, or, in the alternative, to modify the case schedule.  (Doc. 15).  For good

cause shown, the Court amends the Calendar Order as follows:

Dispositive motion deadline:[1]                                **September 1, 2014**

Status Conference by telephone
parties shall call 1-888-684-8852:[2]          **September 30, 2014 at 10:00 a.m.**

Final pretrial conference in
Dayton Chambers, Room 902:                      **December 18, 2014 at 10:00 a.m.**

Jury Trial in Dayton:                                      **January 5, 2015 at 9:30 a.m.**

**IT IS SO ORDERED**.

Date: 2/3/14

Timothy S. Black
United States District Judge

---

[1] See the Standing Order Governing Civil Motions for Summary Judgment:
http://www.ohsd.uscourts.gov/judges/fpblack.htm

[2] Access code: 8411435; Security code: 123456, and wait for the Court to join the conference.